**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Mary  M.  Rawls v. Jeffrey Clark  Rawls

Appellate case number:    01-13-00568-CV

Trial court case number:  2007-61678

Trial court:              246th District Court of Harris County

On February 24, 2014, the parties filed a Joint Motion for Disposition of Appeal by Settlement.

The Texas Rules of Appellate Procedure do not permit an appellate court to order a new trial on the agreement of the parties absent reversible error, or to vacate a trial court's judgment absent reversible error or a settlement. *See* TEX. R. APP. P. 42.1 & cmt.

The motion is **DENIED, without prejudice to refiling** to describe, with citation to authorities, the basis for the parties' contention that the trial court committed reversible error in granting summary judgment. If appellee chooses instead to file his brief, the Court **EXTENDS** the deadline for filing same to March 28, 2014.

It is so ORDERED.


Judge's signature:  /s/ Rebeca Huddle
                    X Acting individually     ☐ Acting for the Court

Date: February 27, 2014